# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT<br>　　　Plaintiff<br>vs.<br><br>HARTFORD PUBLIC SCHOOLS,<br>HARTFORD HOSPITAL, ET AL<br>　　　Defendant | CIVIL ACTION NO.<br>302 CV 1697 (AWT)<br><br><br>November 19, 2003 |

### Defendant Hartford Public Schools'
### Local Rule 9(c) Statement In Support
### Of Motion for Summary Judgment

Pursuant to Local Rule 9(c)(1) of the Federal Rules of Civil Procedure for the United States District Court for the District of Connecticut, the defendant Hartford Public Schools submits the following statement of material facts as to which there are no genuine issues to be tried:

1.  Plaintiff was employed by defendant Hartford Hospital as Coordinator of the 21st Century Program, which was housed in defendant Hartford Public Schools' Bulkeley High School (Complaint, Paragraphs 7, 8, 12 and 13).

2.  Hartford Hospital's employee, defendant Susan Maxwell, terminated plaintiff's employment on or about June 21, 2001 (Complaint, Paragraphs 11 and 17).

3.  Plaintiff never applied for work with the Hartford Public Schools (Transcript of Plaintiff's Deposition, page 283)(attached).

4.  Plaintiff never received a paycheck from the Hartford Public Schools (Transcript of Plaintiff's Deposition, page 283)(attached).

5.  Plaintiff was never employed by the Hartford Public Schools (Johnson Affidavit, Paragraph 4)(attached).

6.  Plaintiff never filed a complaint against the Hartford Public Schools with the Connecticut Commission on Human Rights and Opportunities or the United States Equal Employment Commission (Johnson Affidavit, Paragraph 5)(attached).

7. The Hartford Public Schools was not a party to CHRO Case No. 0210148 or EEOC Case No. 16AA20007 (Johnson Affidavit, Paragraph 6)(attached).

DEFENDANT HARTFORD
PUBLIC SCHOOLS

BY _____
Ann F. Bird
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103
Federal Bar No. Ct 02028
Telephone (860) 543-8575

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT<br>　　　　Plaintiff<br><br>vs.<br><br>HARTFORD PUBLIC SCHOOLS,<br>HARTFORD HOSPITAL, ET AL<br>　　　　Defendant | CIVIL ACTION NO.<br>302 CV 1697 (AWT)<br><br><br>November 18, 2003 |

### Affidavit of Gail Johnson In Support of Defendant's Motion for Summary Judgment

I, Gail Johnson, state as follows:

1.　I am over the age of eighteen and believe in the obligation of the oath.

2.　I am the Executive Director for Human Resources of the Hartford Public Schools.

3.　As Executive Director for Human Resources, I am responsible, among other things, to oversee hiring and firing of staff, maintenance of employment records, and general personnel administration for the Hartford Public Schools.

4.  The Hartford Public Schools has no record of employing plaintiff Elaine Knight.

5.  The Hartford Public Schools has no record that plaintiff Elaine Knight ever made a claim against the Hartford Public Schools with the Connecticut Commission on Human Rights and Opportunities or the United States Equal Employment Opportunity Commissioner.

6.  The Hartford Public Schools was not a party to CHRO Case No 0210148 or EEOC Case No. 16AA200007.

_____
Gail Johnson

Subscribed and sworn to before me this 8Th day of November, 2003 at Hartford, Connecticut.

_____
Commissioner Superior Court

2

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CORPORATION COUNSEL
03 OCT 17 PM 3:03

| | |
|---|---|
| ELAINE KNIGHT | |
| Plaintiff | |
| vs. | CIVIL ACTION NO. 3:02CV1697 (AWT) |
| HARTFORD HOSPITAL, et al. | |
| Defendants | October 14, 2003 |

DEPOSITION
OF
ELAINE KNIGHT
VOLUME 2

Taken before Sandy K. Visentin, Licensed Professional Reporter and Notary Public in and for the State of Connecticut, pursuant to the Federal Rules of Civil Procedure, at the law offices of Shipman & Goodwin, One American Row, Hartford, Connecticut, on Tuesday, October 14, 2003, commencing at 9:40 a.m.

Sandy K. Visentin, LSR, RPR
CT Lic. #SHR.234
Andrews Reporting Service
330 Cook Hill Road
Cheshire, CT 06410
(203) 271-2190

1   represent the Hartford Public Schools.  I have just a
2   few questions for you today.
3           Did you ever apply for employment with the
4   Hartford Public Schools?
5       A.  No.
6       Q.  Did you ever receive a paycheck from the
7   Hartford Public Schools?
8       A.  No.
9       Q.  Did you ever receive a written employee
10  evaluation form from the Hartford Public Schools?
11      A.  No.
12      Q.  Did you file a CHRO complaint against the
13  Hartford Public Schools?
14      A.  I'm not sure.  What do you mean?
15      Q.  Commission on Human Rights and
16  Opportunities, it's an agency that investigates
17  discrimination complaints.  Did you ever go to that
18  agency and file a complaint against the Hartford
19  Public Schools?
20      A.  I don't know if that's part of this
21  particular lawsuit or not.  I'm not quite clear on
22  that.
23      Q.  Did you file a complaint against the
24  Hartford Public Schools?
25      A.  My attorney would have to answer that

STATE OF CONNECTICUT    :
                        :  ss
COUNTY OF NEW HAVEN     :

I, SANDY K. VISENTIN, a Registered Professional Reporter and Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that pursuant to notice there came before me on October 14, 2003, the following-named person to wit: ELAINE KNIGHT, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for nor related to nor employed by any of the parties to the action in which this deposition is taken; and further, I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in this action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 16th day of October, 2003.

*Sandy K. Visentin*

SANDY K. VISENTIN
LSR, RPR and Notary Public
CT Lic. #SHR.234

My Commission Expires:
August 31, 2006

ANDREWS REPORTING SERVICE
330 COOK HILL ROAD, CHESHIRE, CT  06410   203-271-2190

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of November, 2003 to:

Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
Ann F. Bird

4