UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ELAINE KNIGHT, | : CIVIL ACTION NO. |
| | : 3:02-cv-1697 (MRK) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL, et al. | : |
| | : |
| Defendants. | : November 26, 2003 |

### DEFENDANT HARTFORD HOSPITAL'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Hartford Hospital, hereby moves for Summary Judgment in its favor on Count One of the Plaintiff's Complaint dated September 23, 2002. Defendant is entitled to the entry of Summary Judgment because the plaintiff has failed to introduce evidence sufficient to create a material issue of disputed fact. As a matter of law, plaintiff cannot prove essential elements of her claim.

In support of its motion, Defendant relies upon an accompanying Memorandum of Law; Local Rule 56(a)1 Statement and Appendix to Defendant Hartford Hospital's Motion for Summary Judgment.

WHEREFORE, Defendant requests that judgment enter in its favor as a matter of law.

Respectfully Submitted,

DEFENDANT,
HARTFORD HOSPITAL

By: /s/
Brenda A. Eckert
Federal Bar No. CT 00021
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Defendant, Hartford Hospital's Motion for Summary Judgment was mailed on this 26th day of November, 2003, via first class mail, postage prepaid, as follows:

Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
(counsel for the plaintiff)

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103
(counsel for Hartford Public Schools)

With Courtesy Copy to:

The Honorable Mark R. Kravitz
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

358988 v.01