UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT, | : CIVIL ACTION NO. |
| | : 3:02-cv-1697 (MRK) |
| Plaintiff, | : |
| v. | : |
| HARTFORD HOSPITAL, et al. | : |
| Defendants. | : November 26, 2003 |

## APPENDIX TO DEFENDANT, HARTFORD HOSPITAL'S MOTION FOR SUMMARY JUDGMENT

1. Deposition Transcript of Elaine Knight (July 2 and October 14, 2003)

2. Affidavit of Lynn Satherlie Deasy

3. Scaria v. Rubin, 1996 U.S. Dist. LEXIS 9659 (S.D.N.Y. July 11, 1996)

4. Brennan v. Metropolitan Opera Ass'n, Inc., 1998 U.S. Dist. LEXIS 5562 (S.D.N.Y. Apr. 22, 1998)

5. Plaintiff's Responses to Defendants' First Set of Interrogatories (Deposition Exhibit 8)

6. Knight's Timesheets (Deposition Exhibit 9)

7. Role Description: 21st Century Program Coordinator (Deposition Exhibit 2)

8. Affidavit of Edward Hachadourian

9. Narvarte v. Chase Manhattan Bank, N.A., 2000 U.S. Dist. LEXIS 5836, 2000 WL 547031 (S.D.N.Y. May 4, 2000)

10. Murray-Dahnir v. Loew's Corp., 1999 U.S. Dist. LEXIS 12973, 1999 WL 639699 (S.D.N.Y. Aug. 23, 1999)