UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT,<br>　　　　Plaintiff | : | CIVIL ACTION NO: 3:02CV1697 MRK |
| v. | : | |
| HARTFORD HOSPITAL,<br>HARTFORD PUBLIC SCHOOLS<br>LYNN SATHERLIE and<br>SUSAN MAXWELL,<br>　　　　Defendants | : | DECEMBER 9, 2002 |

**PLAINTIFF'S OBJECTION TO
DEFENDANT HARTFORD PUBLIC SCHOOLS'
MOTION FOR SUMMARY JUDGMENT**

The Plaintiff in the above entitled matter hereby objects to Defendant Hartford Public Schools' Motion for Summary Judgment for the reasons contained in the attached Memorandum of Law.

　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Christine E. Corriveau, Esq.
　　　　　　　　　　　　　　　　Miniter & Associates
　　　　　　　　　　　　　　　　100 Wells Street.
　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　(860) 560-2590
　　　　　　　　　　　　　　　　Federal Bar # No.: ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this ___ day of December, 2003:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Christine E. Corriveau