UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
|     Plaintiff | : | CIVIL ACTION NO: 3:02CV1697 MRK |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| HARTFORD PUBLIC SCHOOLS | : | |
| LYNN SATHERLIE and | : | |
| SUSAN MAXWELL, | : | DECEMBER 9, 2002 |
|     Defendants | : | |

PLAINTIFF'S 9C2 STATEMENT

Pursuant to Local Rule 9(c)2 of the Federal Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Plaintiff Elaine Knight submits the following answers to the Defendant Hartford Hospitals statement of material facts as to which there are no genuine issues to be tried:

1. Admitted

2. Admitted

3. Admitted

4. Admitted

5. Admitted

6. Admitted

7. Admitted

The Plaintiff submits the following statement of material facts as to which there are genuine issues to be tried:

    1.    Whether Defendant Hartford Public Schools' control over the Plaintiff's work space was sufficient to place it in the role of "employer."

    2.    Whether Hartford Public Schools took discriminatory action against the Plaintiff that caused Hartford Hospital to terminate the Plaintiff.

                      PLAINTIFF

By: _____
     Christine E. Corriveau, Esq.
     Miniter & Associates
     100 Wells Street
     Hartford, CT 06103
     (860) 560-2590
     Federal Bar # No.: ct21212

CERTIFICATION

       This is to certify that a copy of the foregoing has been mailed to the following counsel of record this ___ day of December, 2003:

Gregg P. Goumas  
Shipman & Goodwin, LLP  
One American Row  
Hartford, CT 06103

Ann F. Bird, Esq.  
Assistant Corporation Counsel  
City of Hartford  
550 Main Street  
Hartford, CT 06103

                                                                                                                            _____  
                                                                                                                     Christine E. Corriveau