UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 16  12:47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ELAINE KNIGHT,  :
      Plaintiff  :  CIVIL ACTION NO: 3:02CV1697 mrk
  :
v.  :
  :
HARTFORD HOSPITAL,  :
HARTFORD PUBLIC SCHOOLS  :
LYNN SATHERLIE and  :
SUSAN MAXWELL,  :  DECEMBER 15, 2003
      Defendants  :

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to answer the Defendant Hartford Hospital's Motion for Summary Judgment. The Plaintiff makes this request because of the following:

1. The Defendant has served an extremely lengthy Motion for Summary Judgment on the Plaintiff.

2. Plaintiff's counsel has just moved their office location which has made it difficult during the moving in period to respond in time, despite the diligence of Plaintiff's counsel.

3. Plaintiff's counsel is presently responding to another lengthy Summary Judgment Motion in another matter.

The undersigned requests an extension in which to file the Objection to the Motion for Summary Judgment to January 15, 2004.

The Defendant's counsel Gregg Goumas has been contacted and he does not object to this request for an extension of time.

This is the first extension of time requested by the Plaintiff.

PLAINTIFF

BY: _____
Christine E. Corriveau
Miniter & Associates
100 Wells Street
Hartford, CT 06103
(860) 560-2590
Federal Bar # No.: ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 15th day of December, 2003:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Christine E. Corriveau
