UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, HARTFORD PUBLIC SCHOOLS, LYNN SATHERLIE and SUSAN MAXWELL | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time [doc. #44], dated December 15, 2003, is hereby **GRANTED**. Plaintiff shall respond to Hartford Hospital's Motion For Summary Judgment on or before **January 15, 2004**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
      U.S.D.J.

Dated at New Haven, Connecticut.  December 22, 2003.