UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, HARTFORD PUBLIC SCHOOLS, LYNN SATHERLIE and SUSAN MAXWELL | : | |
| | : | |
| Defendants. | : | |

**ORDER**

The Court having conferred telephonically with the parties on January 6, 2004 in the above-captioned matter, the plaintiff shall have a ten (10) day extension, until **January 26, 2004**, to respond to Hartford Hospital's Motion For Summary Judgment [doc. #37]. The defendant shall reply to the plaintiff's opposition in accordance with the time periods set forth in the Local Rules.

An oral argument is scheduled for **February 13, 2004 at 1:00 p.m.**, at which all parties will address the pending dispositive motions.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
               U.S.D.J.

Dated at New Haven, Connecticut: January 6, 2004.

Case 3:02-cv-01697-MRK     Document 46     Filed 01/06/2004     Page 2 of 2