2CV1697TEL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 6, 2003
1:00 p.m.

CASE NO. **3:02cv1697 MRK**     **Knight v Hartford Hospital**

Ann F. Bird
Corporation Counsel's Office
550 Main St.
Hartford, CT 06103


Christine E. Corriveau
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106-5100


Brenda A. Eckert
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


STATUS CONFERENCE HELD

DATE: 1/6/04

20 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK