UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
|     Plaintiff | : | CIVIL ACTION NO: |
| | : | 3:02CV1697 (MRK) |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL and | : | |
| HARTFORD PUBLIC SCHOOLS | : | |
| | : | January 15, 2004 |
|     Defendants | : | |

**AMENDED REQUEST FOR LEAVE TO AMEND**

The Plaintiff in the foregoing action requests leave of the court to amend the Plaintiff's Complaint to conform to the Court's earlier orders on Motions to Dismiss. In addition, the proposed Complaint drops the Title VII claim against the Defendant Hartford Public Schools but adds a 42 U.S.C. §1983 Claim, Violation of Equal Protection in lieu of the Title VII claim. A copy of the proposed Amended Complaint has been filed in connection with this motion.

THE PLAINTIFF

By_____
Christine E. Corriveau, her attorney
Miniter & Associates
100 Wells Street Suite 1D
Hartford, CT 06106
860-560-2590 ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this ___ day of January 2004:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

                                                                             _____
                                                                             Christine E. Corriveau