UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
|     Plaintiff | : | CIVIL ACTION NO: 3:02CV1697 MRK |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| HARTFORD PUBLIC SCHOOLS | : | |
| LYNN SATHERLIE and | : | |
| SUSAN MAXWELL, | : | January 26, 2004 |
|     Defendants | : | |

**PLAINTIFF'S OBJECTION TO
DEFENDANT HARTFORD HOSPITAL'S
MOTION FOR SUMMARY JUDGMENT**

The Plaintiff in the above entitled matter hereby objects to Defendant Hartford Hospital's Motion for Summary Judgment for the reasons contained in the attached Memorandum of Law.

Plaintiff submits the following documents:

1.  Objection to Motion for Summary Judgment

2.  Memorandum of Law

3.  56(a)(2) Statement - 2 parts

4.  Affidavit of Elaine Knight

5.  Affidavit of Antoinette Outlaw

6.  Selected portions of Deposition of Elaine Knight

                              PLAINTIFF

        By: _____
                Christine E. Corriveau, Esq.
                Miniter & Associates
                100 Wells Street.
                Hartford, CT 06103
                (860) 560-2590
                Federal Bar # No.: ct21212

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed to the following counsel of record this ___ day of January, 2004:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

                                                        _____
                                                        Christine E. Corriveau