UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELAINE KNIGHT,  :
        Plaintiff  :  CIVIL ACTION NO:
         :  3:02CV1697 (MRK)
v.  :
         :
HARTFORD HOSPITAL AND  :
HARTFORD PUBLIC SCHOOLS  :
         :  January 22, 2004
        Defendants  :

STATE OF CONNECTICUT}
                   }      AT MERIDEN
COUNTY OF NEW HAVEN}

**AFFIDAVIT OF ANTOINETTE OUTLAW**

The undersigned, being over the age of 18 and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. That in or about February, 2001, I learned from a friend who knew Elaine Knight about a job opportunity with the 21st Century Program. This program was run by Hartford Hospital, but it was operated out of Bulkeley High School.

2. Elaine Knight called me to discuss the job, and she told me I needed to contact Lynn Satherlie, the Director of the program, and Cory Blumthal, a Human Resources person with Hartford Hospital. Both Lynn and Cory asked me to come in for orientation.

3. I went to Hartford Hospital and filled out the application. The application requested information regarding any felony charges within the last five years. I asked Cory if I had to list a felony charge that occurred long ago, even though I did not know the exact date. She told me that I did not have to list it, since it occurred so long ago.

4. I was hired to teach the Drill Step Program and the Art Program for the 21st Century Program. While I taught the program, there was no transportation for the students. It was necessary for me to use my own car to transport students home after the programs. Elaine Knight and several other teachers also gave the students rides home.

5. After I worked for the program for approximately one month, Elaine told me that she was asked to terminate me for something that showed up in my background record. The only felony charge against me was from 1986. The application asked for any felonies within the past 5 years, and this charge was 15 years before the time of my application.

6. I contacted Lynn Satherlie regarding my termination. She was rude to me and would not give me an exit interview. I also attempted to contact Cory, but she would not take my call. Because they would not agree to an exit interview, I was not given the opportunity to return my ID or to learn about any hearing process regarding my termination.

7. It took Hartford Hospital over a month to pay me my wages. I was supposed to be paid on a bi-weekly basis, but it two to three weeks after I was fired before I received a paycheck.

Dated at Meriden, Connecticut this 22nd day of January, 2004.

_____
Antoinette Outlaw

Subscribed and sworn to before me this 22nd day of January, 2004.

_____
Christine E. Corriveau
Commissioner of the Superior Court