UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, HARTFORD | : | |
| PUBLIC SCHOOLS, LYNN SATHERLIE | : | |
| and SUSAN MAXWELL | : | |
| | : | |
| Defendants. | : | |

### ENDORSEMENT ORDER [Doc. ## 48, 49]

The Court having received plaintiff's Request for Leave to Amend [doc. #48] and plaintiff's Amended Request for Leave to Amend [doc. #49], and the defendants not having objected, the Request for Leave to Amend [doc. #48] is DENIED as moot, but the Amended Request for Leave to Amend [doc. #49] is GRANTED. The Clerk is directed to docket the Amended Complaint, dated January 15, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 6, 2004.