# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT<br>　　　　Plaintiff<br>vs.<br><br>HARTFORD PUBLIC SCHOOLS,<br>HARTFORD HOSPITAL, ET AL<br>　　　　Defendant | CIVIL ACTION NO.<br>302 CV 1697 (MRK)<br><br><br>February 5, 2004 |

### Defendant Hartford Public Schools' Request For Extension of Time

Defendant Hartford Public Schools hereby requests an extension of time to object to Plaintiff's Request For Leave to Amend and Amended Request for Leave to Amend the complaint dated January 14 and 15, 2004 respectively (Plaintiff's Request).

Defendant seeks an extension to and including **February 19, 2004** to file its Objection to the Plaintiff's Request.

This is the first request for an extension with respect to Plaintiff's Request.

The reason for the request for an extension of time is that counsel for defendant has been handling an extensive administrative hearing on behalf of her client and has had insufficient time to devote to providing the Court and the parties with a well researched and well reasoned Objection to Plaintiff's Request. Plaintiff's Request is critically important to the continued course of this litigation and calls for carefully and deliberately crafted briefs.

Counsel for the plaintiff, Christine Corriveau has indicated that she does not object to the extension of time. In addition, counsel for the co-defendant Hartford Hospital, Gregg Goumas, has indicated that he does not object to the extension of time.

For the foregoing reasons, defendant respectfully requests an extension of time to February 19, 2004 to file its Objection to Plaintiff's Request.

DEFENDANT HARTFORD
PUBLIC SCHOOLS

BY  _____
Ann F. Bird
Assistant Corporation Counsel
Their Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. Ct 02028
Telephone (860) 543-8575

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of February 2004 to:

Christine E. Corriveau
Miniter & Associates
100 Wells Street
Hartford, CT 06103

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
Ann F. Bird

4