58

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT<br>    Plaintiff<br>vs.<br><br>HARTFORD PUBLIC SCHOOLS,<br>HARTFORD HOSPITAL, ET AL<br>    Defendant | CIVIL ACTION NO.<br>302 CV 1697 (MRK)<br><br>February 5, 2004 |

### Defendant Hartford Public Schools' Request For Extension of Time

Defendant Hartford Public Schools hereby requests an extension of time to object to Plaintiff's Request For Leave to Amend and Amended Request for Leave to Amend the complaint dated January 14 and 15, 2004 respectively (Plaintiff's Request).

Defendant seeks an extension to and including **February 19, 2004** to file its Objection to the Plaintiff's Request.

This is the first request for an extension with respect to Plaintiff's Request.



ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ DEPUTY CLERK