UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT, | : CIVIL ACTION NO. |
| | : 3:02-cv-1697 (MRK) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL, et al. | : |
| | : |
| Defendants. | : February 9, 2004 |

### DEFENDANT HARTFORD HOSPITAL'S MOTION FOR PERMISSION *NUNC PRO TUNC* TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES

The defendant, Hartford Hospital (the "Hospital"), respectfully requests permission to file a reply Memorandum in excess of ten (10) pages to Plaintiff's Memorandum in Opposition to the Hospital's Motion for Summary Judgment. In support of this Motion the Hospital states as follows:

1. Plaintiff brings this action for employment discrimination pursuant 42 U.S.C. § 2000e et seq. She alleges that the Hospital terminated her employment based on her race. In an effort to prove discrimination, plaintiff has made extensive allegations of differential treatment by the Hospital. The Hospital has addressed each of these alleged instances of differential treatment in its Memorandum in Support of its Motion for Summary Judgment.

2. Plaintiff has filed a twenty-four-page memorandum in opposition to the Hospital's Motion for Summary Judgment. Despite its best efforts, the Hospital was unable to respond fully to the issues raised by the plaintiff within the ten-page limit provided for under Rule 7 of the Local Rules of Civil Procedure. The Hospital's reply memorandum,

**ORAL ARGUMENT IS NOT REQUESTED**

submitted herewith, contains thirteen (13) pages and one line of text. The Hospital believes that the additional discussion contained in its reply memorandum will be of assistance to the Court in ruling on the Hospital's Motion for Summary Judgement.[1]

   3.  The undersigned attempted to contact plaintiff's counsel to determine whether she takes a position with respect to this Motion but was unable to speak with her.

   WHEREFORE, the Hospital respectfully requests that its Motion be granted.

            Respectfully Submitted

            DEFENDANT,
            HARTFORD HOSPITAL

            By: _____
            Brenda A. Eckert
            Federal Bar No. CT 00021
            Gregg P. Goumas
            Federal Bar No. CT 19095
            Shipman & Goodwin LLP
            One American Row
            Hartford, CT 06103-2819
            Tel: (860) 251-5000
            Fax: (860) 251-5599

---

[1] The Hospital's Memorandum in Support of its Motion for Summary Judgment was thirty-seven (37) pages in length, three pages fewer than the forty (40) pages allowed under Rule 7 of the Local Rules of Civil Procedure.

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Permission to File Reply Brief in Excess of Ten (10) Pages was mailed on this 9th day of February, 2003, via first class mail, postage prepaid, as follows:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
(counsel for the plaintiff)

Ann F. Bird, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103
(counsel for Hartford Public Schools)

With Courtesy Copy (via hand-delivery) to:

The Honorable Mark R. Kravitz
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

                                                           Gregg P. Gournas

364507 v.01 S1