UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, HARTFORD PUBLIC SCHOOLS, LYNN SATHERLIE and SUSAN MAXWELL | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendant Hartford Hospital's Motion For Permission *Nunc Pro Tunc* To File Reply Brief In Excess Of Ten Pages [doc. #60], dated February 9, 2004, is hereby **GRANTED**. Defendant Hartford Hospital may file a reply memorandum containing 13 pages.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: February 12, 2004.