FILED

Feb 12

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT <br>           Plaintiff <br> vs. <br><br> HARTFORD PUBLIC SCHOOLS, <br> HARTFORD HOSPITAL, ET AL <br>           Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 302 CV 1697 (MRK) <br><br><br> February 11, 2004 |

## Defendant Hartford Public Schools' Motion For Reconsideration

Defendant Hartford Public Schools hereby moves for reconsideration and vacation of the Court's Endorsement Order dated February 6, 2004 granting Plaintiff's Amended Request for Leave to Amend (Docket Number 49) ("Amended Request").

The basis for defendant's Motion for Reconsideration is that the Court granted the Amended Request without objection by defendant before the time for defendant to file its objection had expired. Defendant did file a timely Request for Extension of

Time to object to the Amended Request ("Request for Extension") on February 9, 2004. Defendant's Request for Extension was filed within the time allowed for filing its objection to the Amended Request. Defendant continues to desire to file an objection to the Amended Request.

The chronology of events regarding the Amended Request is as follows:

1. On January 14, 2004, plaintiff served by mail a Request for Leave to Amend the Complaint bearing a date of January 13, 2004.

2. On January 15, 2004, plaintiff served by mail an Amended Request for Leave to Amend the Complaint ("Amended Request").

3. Defendant had until February 9, 2004 to file an objection to the Amended Request: Local Rule 7(a) allows a party 21 days to file opposition to a motion. Local Rule 6 provides that Federal Rule of Civil Procedure 6 shall govern the computation of time under the Local Rules, except as otherwise specified. Federal Rule of Civil Procedure 6 (e), in turn, provides a party an additional 3 days to file an objection when the motion being objected to was served by mail, as in this case. Thus,

defendant had 24 days to file an objection to the Amended Request, or until February 9, 2004.

4. On February 5, 2004, realizing that she had insufficient time to prepare the necessary memorandum of law in opposition to the Amended Request, counsel for defendant served and mailed a Request For Extension of Time to file an objection.

5. The Request For Extension arrived at, and was filed with, the Court on February 9, 2004, within the time for filing an objection to the Amended Request.

6. The Court granted the Request for Extension on or about February 11, 2004.

Based on the foregoing events, it appears that the Court mistakenly believed that defendant did not intend to object to the Amended Request because of the passage of time. Unknown to the Court when it granted the Amended Request, was the fact that defendant had already served and mailed for filing a timely Request for Extension.

Defendant submits that the interests of justice would best be served if the Court reconsiders its Endorsement Order granting the Amended Request, vacates the Order,

and allows defendant to file an objection and memorandum on or before February 19, 2004.

Respectfully submitted,

DEFENDANT HARTFORD
PUBLIC SCHOOLS

BY _____

Ann F. Bird
Assistant Corporation Counsel
Their Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. Ct 02028
Telephone (860) 543-8575

4

## **ORDER**

The foregoing having been considered by the Court, it is hereby ordered that the Endorsement Order of February 6, 2004 is hereby reconsidered and vacated so that the Court can consider defendant's objection to the Amended Request to Amend the Complaint.

IT IS SO ORDERED

_____
Mark R. Kravitz, U.S.D.J.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 11th day of February 2004 to:

Christine E. Corriveau
Miniter & Associates
100 Wells Street
Hartford, CT 06103

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
Ann F. Bird

6