**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

_____
                                                    :
ELAINE KNIGHT                          :          CIVIL ACTION NO.
                    Plaintiff               :          302 CV 1697 (MRK)
      vs.                                      :
                                                    :
HARTFORD PUBLIC SCHOOLS,   :
HARTFORD HOSPITAL, ET AL      :          February 18, 2004
                    Defendant           :
_____:


**Affidavit of Judith Fagan**


      I, Judith Fagan, state as follows:

      1.      I am over the age of eighteen and believe in the obligation of the oath.

      2.      I am the Support Administrator for the Hartford Board of Education.

      3.      As Support Administer, I am responsible, among other things, to

maintain the official policies of the Hartford Board of Education and its predecessor,

the State Board of Trustees for the Hartford Public Schools.

4.    On July 6, 1999, The State Board of Trustees adopted the following

policy (No. 4118.1), which remains in place today as the policy of the Hartford Board

of Education:

Nondiscrimination.  The conditions or privileges of employment in the school
district, including the wages, hours, terms and benefits, shall be applied without regard
to race, gender, color, religious creed, national origin, age, sex, sexual orientation,
disability, marital status, present or past history of mental disorder, mental retardation,
learning disability or physical disability, or abilities unrelated to the performance of
the duties of the position.  The board of education seeks to extend the advantages of
public education with full equality of educational opportunity to all students and
personnel.  The board, any employee or any other person may not aid or compel the
performance of an unfair labor practice as defined by law.

5.      On the same day, The State Board of Trustees adopted the following policy (No. 4118.3), which remains in place today as the policy of the Hartford Board of Education:

Harassment.  It is the policy of the Hartford Board of Education that all faculty, staff and students, parents and all other members of the school community treat each other with dignity and respect.  All are entitled to freedoms from any kind of personal harassment.  No form of harassment will be tolerated whether related to race, gender, color, religious creed, national origin, age, sex, sexual orientation, disability, marital status, present or past history of mental disorder, mental retardation, earning disability or physical disability, or abilities unrelated to performance.

_____
Judith Fagan

Subscribed and sworn to before me this ____ day of February, 2004 at Hartford, Connecticut.

_____
Commissioner Superior Court

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this day of February 19, 2004 to:


Christine Corriveau
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06106

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819


_____
Ann F. Bird