UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT, | : |
| | : |
| Plaintiff, | :   NO. 3:02CV1697(MRK) |
| | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL, HARTFORD | : |
| PUBLIC SCHOOLS, LYNN SATHERLIE | : |
| and SUSAN MAXWELL | : |
| | : |
| Defendants. | : |

## RULING AND ORDER

For the reasons stated on the record in open court on July 22, 2004, the Court enters the following rulings and orders in the above-captioned case:

1. Defendant Hartford Public Schools' ("HPS") Motion for Summary Judgment [doc. # 35] is GRANTED. Prior to argument on July 22, the only claims remaining against HPS were a Title VII claim, in Count One, a negligent infliction of emotional distress claim in Count Four and an intentional infliction of emotional distress claim in Count Five. *See* Ruling and Order [doc. # 67]; Motion to Withdraw Second Claim for Relief [doc. # 12]. The Court grants HPS judgment on Counts Four and Five for the reasons stated by Judge Thompson in his ruling dismissing the identical counts against Defendant Hartford Hospital. *See* Endorsement Order [doc. # 20]. As to Count One alleging violation of Title VII, counsel for Plaintiff conceded at oral argument that Plaintiff had not exhausted her administrative remedies under Title VII against HPS and that, as a consequence, judgment should enter for HPS on Count One. As a result of

1

these rulings, no further claims remain against HPS.

    2.    Defendant Hartford Hospital's Motion for Summary Judgment [doc. # 37] is GRANTED IN PART.  At argument on July 22, Plaintiff represented to the Court that Plaintiff was no longer pursuing a Title VII retaliation claim against Hartford Hospital and therefore the Court grants Hartford Hospital judgment on Plaintiff's Title VII retaliation claim in Count One.  For the reasons stated in greater detail on the record on July 22, the Court also GRANTS Hartford Hospital judgment on Plaintiff's hostile work environment Title VII claim in Count One.  However, also for the reasons stated in greater detail on July 22, the Court DENIES Hartford Hospital's motion for summary judgment on Plaintiff's Title VII disparate treatment racial discrimination claim in Count One.

    As a result of the Court's rulings, the only defendant remaining in the case is Hartford Hospital and the only claim remaining is a Title VII disparate treatment claim in Count One against Hartford Hospital.  *See* Order [doc. # 23] (dismissing claims against the individual defendants for failure to effectuate service in a timely fashion).

                                              IT IS SO ORDERED,

                                /s/       Mark R. Kravitz
                                          United States District Judge

Dated at New Haven, Connecticut: <u>July 22, 2004</u>