UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT, | : CIVIL ACTION NO. |
| | : 3:02-cv-1697 (MRK) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL | : |
| | : |
| Defendant. | : August 9, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendant Hartford Hospital has manually filed the following documents: **Exhibits A through D to its Motion for Leave to Amend its Answer to Assert an Affirmative Defense, dated August 9, 2004.**

These documents have not been filed electronically because

    [ X ]  the electronic file size of the document exceeds 1.5 megabytes

The documents have been manually served on all parties.

DEFENDANT,
HARTFORD HOSPITAL

By: /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. CT 00021
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed on this 9th day of August, 2004, via first class mail, postage prepaid, as follows:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

With Courtesy Copy to:

The Honorable Mark R. Kravitz
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

378925 v.01 S1

Gregg P. Goumas