UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1697 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL | : | |
| | : | |
| Defendant. | : | August 9, 2004 |

**DEFENDANT HARTFORD HOSPITAL'S EXPEDITED
MOTION TO EXTEND DISCOVERY FOR THE LIMITED
PURPOSE OF DEPOSING PLAINTIFF'S TREATING PHYSICIAN
AND FOR EXTENSTION OF TIME TO DISCLOSE AN EXPERT WITNESS**

The defendant, Hartford Hospital (the "Hospital"), respectfully requests that the Court: (1) extend the discovery period to a date sixty (60) days beyond the date the Court considers this motion for the limited purpose of allowing it to take the deposition of plaintiff's treating physician; and (2) extend the deadline for the defendant to disclose an expert witness to a date sixty days (60) beyond the date the Court considers this Motion. The Hospital has submitted an accompanying Memorandum in support of this Motion. Plaintiff's counsel has informed the undersigned that plaintiff objects to this Motion.

WHEREFORE, the defendant respectfully requests that its Motion be granted.

**ORAL ARGUMENT IS REQUESTED**

Respectfully Submitted

DEFENDANT,
HARTFORD HOSPITAL

By: /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. CT 00021
Gregg P. Goumas
Federal Bar No. CT 19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Discovery and for Extension of Time to Disclose Expert Witness was mailed on this 9th day of August, 2004, via first class mail, postage prepaid, as follows:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

<u>With Courtesy Copy to</u>:

The Honorable Mark R. Kravitz
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

*/s/ Gregg P. Goumas*

378126 v.01 S1

3