UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ELAINE KNIGHT,
   Plaintiff

v.

HARTFORD HOSPITAL,
HARTFORD PUBLIC SCHOOLS
LYNN SATHERLIE and
SUSAN MAXWELL,
   Defendants

CIVIL ACTION NO: 3:02CV1697 mrk

SEP 1  12 49 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

August 30, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to answer the Defendant Hartford Hospital's Motion for Leave to Amend its Answer and Motion to Extend Discovery. The Plaintiff makes this request because of the following:

Plaintiff's Counsel has had an extremely heavy case load and has been responding to numerous Motions for Summary Judgment in several cases. In addition to that, an Attorney from this firm, Daniel Spineti, a Major in the National Guard, has just been activated to go to Iraq by September 17, 2004. There are only three Attorneys (Miniter, Spineti and this undersigned) in this office, and the undersigned and Attorney Francis Miniter will be required to take on much of Attorney Spineti's case load. The next few weeks will consist of familiarizing myself with his clients in an emergency situation.

The undersigned requests an extension of two weeks in which to file the Objection to the Defendant's Motions to September 14, 2004.

The Defendant's counsel Gregg Goumas has been contacted and he has no position regarding this request for an extension of time.

This is the first extension of time requested by the Plaintiff in this matter.

PLAINTIFF

BY: /s/ Christine E. Corriveau

Christine E. Corriveau
Miniter & Associates
100 Wells Street
Hartford, CT 06103
(860) 560-2590
Federal Bar # No.: ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 31st day of August, 2004:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

/s/ Christine E. Corriveau

Christine E. Corriveau