UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 16  1 52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ELAINE KNIGHT,
        Plaintiff      :    CIVIL ACTION NO: 3:02CV1697 (MRK)

v.

HARTFORD HOSPITAL,
HARTFORD PUBLIC SCHOOLS
LYNN SATHERLIE and
SUSAN MAXWELL,                 SEPTEMBER 13, 2004
        Defendants

## PLAINTIFF'S OBJECTION TO
## DEFENDANT HARTFORD HOSPITAL'S
## MOTION TO AMEND ITS ANSWER TO ADD AN AFFIRMATIVE DEFENSE

The Plaintiff in the above entitled matter hereby objects to Defendant Hartford Hospital's Motion to Amend it's Answer to add an Affirmative Defense, in that it is untimely. A Memorandum of Law is filed herewith.

PLAINTIFF,

By: _____
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street.
Hartford, CT 06103
(860) 560-2590
Federal Bar # No.: ct21212

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this /3 day of September, 2004:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

*Christine E. Corriveau*
Christine E. Corriveau

2