UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 16  1 52 PM '04
NEW HAVEN, CONN.

ELAINE KNIGHT,
   Plaintiff

CIVIL ACTION NO. 3:02CV1697 (MRK)

v.

HARTFORD HOSPITAL,
HARTFORD PUBLIC SCHOOLS
LYNN SATHERLIE and
SUSAN MAXWELL,
   Defendants

SEPTEMBER 13, 2004

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER OBJECTION TO DEFENDANT HARTFORD HOSPITAL'S MOTION TO EXTEND DISCOVERY

The Plaintiff in the above entitled matter hereby objects to Defendant Hartford Hospital's Motion to Extend Discovery, in that it is untimely. A Memorandum of Law is filed herewith.

PLAINTIFF

By: _____
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street.
Hartford, CT 06103
(860) 560-2590
Federal Bar # No.: ct21212

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this /3/ day of September, 2004:

Gregg P. Goumas
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Christine E. Corriveau

2

Case 3:02-cv-01697-MRK   Document 78   Filed 09/16/2004   Page 2 of 2