UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court having conferred telephonically with parties on-the-record, Defendant Hartford Hospital's Motion For Leave To Amend Its Answer To Assert An Affirmative Defense [doc. # 70] is GRANTED. Defendant Hartford Hospital's Expedited Motion To Extend Discovery For The Limited Purpose Of Deposing Plaintiff's Treating Physician And For Extension Of Time To Disclose An Expert Witness [doc. #72] is GRANTED to the following extent:

> The discovery period will be reopened for the limited purpose of allowing expert disclosures and depositions of experts only. Plaintiff will designate her expert(s) and serve her expert reports no later than **December 31, 2004**; Defendant Hartford Hospital will designate its expert and will serve its expert reports no later than **January 31, 2005**; depositions of all experts will be completed by **February 28, 2005**.
>
> **THERE WILL BE NO FURTHER EXTENSIONS GRANTED.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 9, 2004.