UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE KNIGHT, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1697(MRK) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_   To supervise discovery and resolve discovery disputes

\_\_\_   A ruling on the following motions which are currently pending: Doc. #
_____

  X    A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_   A conference to discuss the following:
_____

\_\_\_   Other:_____

SO ORDERED this 9th day of November, 2004 at New Haven, Connecticut.

/s/    Mark R. Kravitz
United States District Judge