UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELAINE KNIGHT          : CIVIL ACTION NO:
    Plaintiff,         : 3:02 CV 1697 (MRK)
  v.             :

HARTFORD HOSPITAL      :

    Defendant.        : March 15, 2005

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the Defendant, Hartford Hospital, in the above-captioned matter.

Dated at Hartford, Connecticut, this 15th day of March, 2005.

              DEFENDANT,
              HARTFORD HOSPITAL

              By _____
              Robert R. Simpson
              Federal Bar No. ct15653
              Shipman & Goodwin LLP
              One Constitution Plaza
              Hartford, CT 06103-1919
              Telephone: (860) 251-5515
              Facsimile: (860) 251-5219
              Email: rsimpson@goodwin.com

U.S. DISTRICT COURT
NEW HAVEN, CT
2005 MAR 16 P 12: 57
FILED

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent on this 15th day of March, 2005, via first class mail postage prepaid, to:

Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

Robert R. Simpson

397048 v.01