UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE KNIGHT : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. |
| : | 3:02CV1697(~~AVC~~) MRK |
| : | |
| HARTFORD HOSPITAL, et al. : | |
| : | |
| Defendants : | APRIL 6, 2005 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-referenced action shall be dismissed with prejudice as to all parties, and without attorney's fees and costs to any party.

PLAINTIFF,
ELAINE KNIGHT

By /s/ Francis A. Miniter
Francis A. Miniter
Federal Bar No. ct09566
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103
Tel: (860) 543-5708
Fax: (860) 560-3238

DEFENDANT,
HARTFORD HOSPITAL

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct 00021
Gregg P. Goumas
Federal Bar No. ct19095
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5214

107252 v.06 S78